Núm. 8470.—PUEBLO, apldo. *v.* BERENGUER, aplte.— Enero 31, 1941.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

A la moción del acusado apelante solicitando de esta Corte que "se sirva ordenar a la corte inferior que a su vez ordene al taquígrafo que ofició durante la celebración del juicio contra Juan Pietri, que proceda a transcribir la moción de archivo y sobreseimiento presentada por el acusado en aquel caso y la evidencia presentada por el fiscal, a los fines de que dicha transcripción sea elevada a este Hon. Tribunal para ser unida a la transcripción de evidencia de este caso", visto el informe del fiscal y no demostrándose que la moción y la evidencia de que se trata formen parte de los autos de este caso, no ha lugar.

Núm. 8332.—PUEBLO, aplte. *v.* BARRETO, apldo.— Noviembre 6, 1940.

Llamada hoy para vista la moción de desestimación presentada por la parte apelada, compareció el Fiscal de este Tribunal quien se allanó a la solicitud, por lo que se declara con lugar la moción y en su consecuencia se desestima el recurso de apelación establecido en este caso por El Pueblo de Puerto Rico contra la sentencia dictada por la Corte de Distrito de Bayamón en diciembre 18, 1939.